# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:19-CR-00103-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | <u>**ORDER**</u> |
| STEPHANIE ANDERSON WILLIAMS, | |
| Defendant. | |

**THIS MATTER** is before the Court on Defendant's Motion to Extend Time to Self Report to Prison. (Doc. No. 137). Defendant requests an extension of her self-report date so that she can properly address pressing medical concerns. For the reasons stated in the Motion, the Court **GRANTS** Defendant's Motion.

**IT IS THEREFORE ORDERED** that Defendant Stephanie Anderson Williams shall surrender for service of her sentence at the institution designated by the Bureau of Prisons (1) as notified by the United States Marshal, and (2) not earlier than September 1, 2021.

**SO ORDERED.**

Signed: May 18, 2021

Kenneth D. Bell
United States District Judge