# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL ACTION NO. 5:19-CR-00103-KDB-DCK-2

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>STEPHANIE ANDERSON WILLIAMS,<br><br>Defendant. | **ORDER** |

**THIS MATTER** is before the Court on Defendant Stephanie Anderson Williams' *pro se* motion for compassionate release and reduction in sentence under 18 U.S.C. § 3582(c)(1) and the First Step Act of 2018. (Doc. No. 162). Having carefully reviewed the Defendant's motion and all other relevant portions of the record, the Court will deny her motion without prejudice to a renewed motion properly supported by BOP medical evidence.

Defendant is a 38-year-old female serving her prison sentence at FCM Carswell in Texas. She is serving a sentence of 24 months imprisonment followed by 2 years of supervised release. (Doc. No. 123). According to the Bureau of Prisons website, her scheduled release date is March 19, 2024. Defendant bases her motion on a list of ailments including end stage renal disease and heart disease. (Doc. No. 162 at 9). She also states that she had open heart surgery in December 2020. *Id*. According to her Presentence Investigation Report that was filed on October 26, 2020, Defendant self-reported that she has a plethora of health issues in that she suffers from congestive heart failure, arterial disease and attends a dialysis clinic at least three times a week with sessions lasting four to five hours. (Doc. No. 119, ¶ 78). This Court is well aware of Defendant's health

issues as this Court granted seven motions for an extension of time to self-report to prison so she could get her medical treatments in order. (Doc. Nos. 129, 133, 138, 143, 145, 147, 149). Defendant claims that she cannot get the medical personnel at FMC Carswell tell her about the steps to get on a transplant list for a kidney and that she has not seen a cardiologist. (Doc. No. 162 at 9). Defendant is at a federal medical facility prison and the Court knows that services are constantly being rendered to inmates. Defendant fails to provide adequate BOP medical records to substantiate her medical claims and therefore, there is no extraordinary and compelling reason for a sentence reduction.

For these reasons, Defendant's *pro se* motion for compassionate release and reduction in sentence under 18 U.S.C. § 3582(c)(1) and the First Step Act of 2018, (Doc. No. 162), is **DENIED** without prejudice to a renewed motion properly supported by BOP medical evidence.

**SO ORDERED.**

Signed: March 15, 2023

Kenneth D. Bell
United States District Judge